| |
|---|
| UNITED STATES BANKRUPTY COURT<br>DISTRICT OF NEW JERSEY<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>PAYMAN YAFAR,<br><br><br><br>**Debtor** |

Case No.:  14-11071 RG

### NOTICE DEPOSITING UNCLAIMED FUNDS
### PURSUANT TO D.N.J. LBR 7067-1

Marie-Ann Greenberg, Trustee in the above captioned matter, states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed.  The undersigned shall immediately forward a check to the Court in the amount of $1,225.34, payable to the Clerk, United States Bankruptcy Court.  The party entitled to said funds is listed below together with the last known address and other additional information.

Payee Name & Address:    PAYMAN YAFAR - Debtor's Refund
                         266 WEDGEWOOD DRIVE
                         PARAMUS, NJ  07652

Amount:                  $1,225.34

Trustee Claim Number:    0

Reason:                   Not Cashing


                                              By:  /S/ Marie-Ann Greenberg
Dated:  May 20, 2019                              MARIE-ANN GREENBERG
                                                  CHAPTER 13 STANDING TRUSTEE